UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SCHLEICHER & STEBBINS HOTELS, LLC,<br><br>　　　　Plaintiff<br><br>v.<br><br>EVEREST INDEMNITY INSURANCE COMPANY, STARR SURPLUS LINES INSURANCE COMPANY, CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO POLICY NO. EW0040519, AXIS SURPLUS INSURANCE COMPANY, EVANSTON INSURANCE COMPANY, HALLMARK SPECIALTY INSURANCE COMPANY, SCOTTSDALE INSURANCE COMPANY, MITSUI SUMITOMO INSURANCE COMPANY OF AMERICA, HOMELAND INSURANCE COMPANY OF NEW YORK, CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO POLICY NO. B123EW0040518, CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO POLICY NO. B128416120W18, LANDMARK AMERICAN INSURANCE COMPANY, and GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA,<br><br>　　　　Defendants. | C.A. No.: 1:23-cv-351-AJ |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Schleicher & Stebbins Hotels, LLC hereby dismisses, without prejudice to refiling and without costs, all claims asserted against Defendant Mitsui Sumitomo Insurance Company of America in the above-captioned action. All other claims and causes of action remain pending.

SCHLEICHER & STEBBINS HOTELS, LLC

By its counsel,

/s/ *Joseph T. Toomey*
Joseph T. Toomey (NH Bar No. 274174)
jtoomey@nutter.com
Nutter, McClennen & Fish LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000

Dated:  August 24, 2023

## CERTIFICATE OF SERVICE

I certify on this date I caused the foregoing document to be served on the counsel of record for all parties that have appeared in this action through the Court's electronic filing system.

*/s/ Joseph T. Toomey*
Joseph T. Toomey

6147257.1