UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

SCHLEICHER & STEBBINS HOTELS, LLC,

        Plaintiff

v.

EVEREST INDEMNITY INSURANCE
COMPANY, STARR SURPLUS LINES
INSURANCE COMPANY, CERTAIN
UNDERWRITERS AT LLOYD'S OF LONDON
SUBSCRIBING TO POLICY NO.
B1263EW0040519, AXIS SURPLUS
INSURANCE COMPANY, EVANSTON
INSURANCE COMPANY, HALLMARK
SPECIALTY INSURANCE COMPANY,
SCOTTSDALE INSURANCE COMPANY,
CERTAIN UNDERWRITERS AT LLOYD'S OF
LONDON SUBSCRIBING TO POLICY NO.
B1263EW0040518, CERTAIN
UNDERWRITERS AT LLOYD'S OF LONDON
SUBSCRIBING TO POLICY NO.
B128416120W18, and GENERAL SECURITY
INDEMNITY COMPANY OF ARIZONA,

        Defendants.

C.A. No.: 1:23-cv-351-PB-TSM

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Schleicher & Stebbins Hotels, LLC,

dismisses, with prejudice and without costs, expenses, or fees, Defendant **Axis Surplus**

**Insurance Company ("Axis")** and all claims asserted against Axis in the above-captioned

action. As shown below, all parties to this action have stipulated to this dismissal.

**SCHLEICHER & STEBBINS HOTELS, LLC,**

By its attorneys,

*/s/ Joseph T. Toomey*
Joseph T. Toomey
jtoomey@nutter.com
Sarah P. Kelly
skelly@nutter.com
Stephen J. Brake
sbrake@nutter.com
Nutter McClennen & Fish, LLP
155 Seaport Boulevard
Boston, MA 02210
 (617) 439-2980

**AXIS SURPLUS INSURANCE CO.,**

By its attorney,

*/s/ Geoffrey Vitt*
Geoffrey Vitt, Esq.
gvitt@vittnunanlaw.com
Vitt & Nunan PLC
8 Beaver Meadow Road
P.O. Box 1229
Norwich, VT 05055
(802) 649-5700

**CERTAIN UNDERWRITERS AT LLOYD's OF LONDON Subscribing to Policy No. B1263EW0040519,**

By their attorney,

*/s/ Geoffrey Vitt*
Geoffrey Vitt, Esq.
gvitt@vittnunanlaw.com
Vitt & Nunan PLC
8 Beaver Meadow Road
P.O. Box 1229
Norwich, VT 05055
(802) 649-5700

**CERTAIN UNDERWRITERS AT LLOYD's OF LONDON Subscribing to Policy No. B128416120W18**

By its attorneys,

*/s/Nolan Burkhouse*
*s/Megan A. Sigur*
Nolan Burkhouse, Esq.
N.H. Bar No. 14376
Megan A. Sigur, Esq.
PAUL FRANK + COLLINS, P.C.
N.H. Bar No. 21215
P.O. Box 1307
Burlington, VT 05402-1307
(802) 658-2311
nburkhouse@pfclaw.com
msigur@pfclaw.com

**EVANSTON INSURANCE COMPANY**,

By its attorneys,

*/s/ Alexander G. Henlin*
Alexander G. Henlin (# 17112)
McAngus Goudelock & Courie, LLC
409 Elm Street – Suite 14
Manchester, NH 03101
603-238-3333
Email: alexander.henlin@mgclaw.com

*/s/ Allyson Moore*
Allyson Moore, Esq.
Sulloway & Hollis PLLC
9 Capitol St
Concord, NH 03301-1256
813-528-0193
Email: amoore@sulloway.com

*/s/ Kimberly J. Ruppel*
Kimberly J. Ruppel, Esq.
Dickinson Wright PLLC
2600 West Big Beaver Rd
Troy, MI 48084
248-433-7291
Email: kruppel@dickinsonwright.com

**EVEREST INDEMNITY INSURANCE COMPANY,**

By its attorneys,


*/s/ Anthony J. Piazza*
Anthony J. Piazza, Esq.
apiazza@barclaydamon.com
Sanjeev Devabhakthuni, Esq.
sdevabha@barclaydamon.com
Gillian A. Woolf, Esq.
gwoolf@barclaydamon.com
**BARCLAY DAMON LLP**
2000 Five Star Bank Plaza
100 Chestnut Street
Rochester, New York 14604
(585) 295-4420


**HALLMARK SPECIALITY INSURANCE COMPANY**,

By its attorney,

*/s/ Andrew J. Fay*
Andrew J. Fay, Esq.
Fay Law Group LLC
One Boston Pl, 26th Flr
Boston, MA 02108
617-826-6006
Fax: 617-941-7100
afay@faylawgrp.com

**GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA,**

By its attorneys,

*/s/Nolan Burkhouse*
*s/Megan A. Sigur*
Nolan Burkhouse, Esq.
N.H. Bar No. 14376
Megan A. Sigur, Esq.
PAUL FRANK + COLLINS, P.C.
N.H. Bar No. 21215
P.O. Box 1307
Burlington, VT 05402-1307
(802) 658-2311
nburkhouse@pfclaw.com
msigur@pfclaw.com


**STARR SURPLUS LINES INSURANCE COMPANY,**

By its attorneys,

*/s/Nolan Burkhouse*
*s/Megan A. Sigur*
Nolan Burkhouse, Esq.
N.H. Bar No. 14376
Megan A. Sigur, Esq.
PAUL FRANK + COLLINS, P.C.
N.H. Bar No. 21215
P.O. Box 1307
Burlington, VT 05402-1307
(802) 658-2311
nburkhouse@pfclaw.com
msigur@pfclaw.com

**SCOTTSDALE INSURANCE COMPANY,**

By its attorneys,

*/s/ Scott T. Ober*

Scott T. Ober, Esq.
Casey Ryder McCaffrey, Esq.
Hassett & Donnelly, PC
446 Main St. 12th Floor
Worcester, MA 01608
Tel:  508-791-6287
sober@hassettdonnelly.com
cmccaffrey@hassettdonnelly.com

**CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON**
**Subscribing to Policy No. B126EW0040518**

By its attorneys,

*s/Nolan Burkhouse*

*s/Megan A. Sigur*

Nolan Burkhouse, Esq.
N.H. Bar No. 14376
Megan A. Sigur, Esq.
PAUL FRANK + COLLINS, P.C.
N.H. Bar No. 21215
P.O. Box 1307
Burlington, VT 05402-1307
(802) 658-2311
nburkhouse@pfclaw.com
msigur@pfclaw.com


Dated:  January 29, 2024