UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SCHLEICHER & STEBBINS HOTELS, LLC,<br><br>    Plaintiff<br><br>v.<br><br>EVEREST INDEMNITY INSURANCE COMPANY, STARR SURPLUS LINES INSURANCE COMPANY, CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO POLICY NO. B1263EW0040519, AXIS SURPLUS INSURANCE COMPANY, EVANSTON INSURANCE COMPANY, HALLMARK SPECIALTY INSURANCE COMPANY, SCOTTSDALE INSURANCE COMPANY, CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO POLICY NO. B1263EW0040518, CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO POLICY NO. B128416120W18, and GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA,<br><br>    Defendants. | C.A. No.: 1:23-cv-351-PB-TSM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Schleicher & Stebbins Hotels, LLC, dismisses, with prejudice and without costs, expenses, or fees, Defendant **Everest Indemnity Insurance Company ("Everest")** and all claims asserted against Everest in the above-captioned action. As shown below, all parties to this action have stipulated to this dismissal.

| | |
|---|---|
| **SCHLEICHER & STEBBINS HOTELS, LLC,**<br><br>By its attorneys,<br><br>*/s/ Joseph T. Toomey*<br>Joseph T. Toomey<br>jtoomey@nutter.com<br>Sarah P. Kelly<br>skelly@nutter.com<br>Stephen J. Brake<br>sbrake@nutter.com<br>Nutter McClennen & Fish, LLP<br>155 Seaport Boulevard<br>Boston, MA 02210<br> (617) 439-2980 | **CERTAIN UNDERWRITERS AT LLOYD's OF LONDON Subscribing to Policy No. B128416120W18**<br><br>By its attorneys,<br><br>*/s/Nolan Burkhouse*<br>*s/Megan A. Sigur*<br>Nolan Burkhouse, Esq.<br>N.H. Bar No. 14376<br>Megan A. Sigur, Esq.<br>PAUL FRANK + COLLINS, P.C.<br>N.H. Bar No. 21215<br>P.O. Box 1307<br>Burlington, VT 05402-1307<br>(802) 658-2311<br>nburkhouse@pfclaw.com<br>msigur@pfclaw.com |
| **AXIS SURPLUS INSURANCE CO.,**<br><br>By its attorney,<br><br>*/s/ Geoffrey Vitt*<br>Geoffrey Vitt, Esq.<br>gvitt@vittnunanlaw.com<br>Vitt & Nunan PLC<br>8 Beaver Meadow Road<br>P.O. Box 1229<br>Norwich, VT 05055<br>(802) 649-5700 | **EVANSTON INSURANCE COMPANY**,<br><br>By its attorneys,<br><br>*/s/ Alexander G. Henlin*<br>Alexander G. Henlin, Esq.<br>McAngus Goudelock & Courie, LLC<br>409 Elm Street – Suite 14<br>Manchester, NH 03101<br>603-238-3333<br>Email: alexander.henlin@mgclaw.com<br><br>*/s/ Allyson Moore*<br>Allyson Moore, Esq.<br>Sulloway & Hollis PLLC<br>9 Capitol St<br>Concord, NH 03301-1256<br>813-528-0193<br>Email: amoore@sulloway.com |
| **CERTAIN UNDERWRITERS AT LLOYD's OF LONDON Subscribing to Policy No. B1263EW0040519,**<br><br>By their attorney,<br><br>*/s/ Geoffrey Vitt*<br>Geoffrey Vitt, Esq.<br>gvitt@vittnunanlaw.com<br>Vitt & Nunan PLC<br>8 Beaver Meadow Road<br>P.O. Box 1229<br>Norwich, VT 05055<br>(802) 649-5700 | */s/ Kimberly J. Ruppel*<br>Kimberly J. Ruppel, Esq.<br>Dickinson Wright PLLC<br>2600 West Big Beaver Rd<br>Troy, MI 48084<br>248-433-7291<br>Email: kruppel@dickinsonwright.com |

**EVEREST INDEMNITY INSURANCE COMPANY,**

By its attorneys,

*/s/ Anthony J. Piazza*
Anthony J. Piazza, Esq.
apiazza@barclaydamon.com
Sanjeev Devabhakhtuni, Esq.
sdevabha@barclaydamon.com
Gillian A. Woolf, Esq.
gwoolf@barclaydamon.com
**BARCLAY DAMON LLP**
2000 Five Star Bank Plaza
100 Chestnut Street
Rochester, New York 14604
(585) 295-4420

**GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA,**

By its attorneys,

*/s/Nolan Burkhouse*
*s/Megan A. Sigur*
Nolan Burkhouse, Esq.
N.H. Bar No. 14376
Megan A. Sigur, Esq.
PAUL FRANK + COLLINS, P.C.
N.H. Bar No. 21215
P.O. Box 1307
Burlington, VT 05402-1307
(802) 658-2311
nburkhouse@pfclaw.com
msigur@pfclaw.com

**HALLMARK SPECIALITY INSURANCE COMPANY**,

By its attorney,

*/s/ Andrew J. Fay*
Andrew J. Fay, Esq.
Fay Law Group LLC
One Boston Pl, 26th Flr
Boston, MA 02108
617-826-6006
Fax: 617-941-7100
afay@faylawgrp.com

**STARR SURPLUS LINES INSURANCE COMPANY,**

By its attorneys,

*/s/Nolan Burkhouse*
*s/Megan A. Sigur*
Nolan Burkhouse, Esq.
N.H. Bar No. 14376
Megan A. Sigur, Esq.
PAUL FRANK + COLLINS, P.C.
N.H. Bar No. 21215
P.O. Box 1307
Burlington, VT 05402-1307
(802) 658-2311
nburkhouse@pfclaw.com
msigur@pfclaw.com

**SCOTTSDALE INSURANCE COMPANY,**

By its attorneys,

*/s/ Scott T. Ober*
Scott T. Ober, Esq.
Casey Ryder McCaffrey
Hassett & Donnelly, PC
446 Main St. 12th Floor
Worcester, MA 01608
Tel:  508-791-6287
sober@hassettdonnelly.com
cmccaffrey@hassettdonnelly.com

**CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON
Subscribing to Policy No. B126EW0040518**

By its attorneys,

*s/Nolan Burkhouse*
*s/Megan A. Sigur*
Nolan Burkhouse, Esq.
N.H. Bar No. 14376
Megan A. Sigur, Esq.
PAUL FRANK + COLLINS, P.C.
N.H. Bar No. 21215
P.O. Box 1307
Burlington, VT 05402-1307
(802) 658-2311
nburkhouse@pfclaw.com
msigur@pfclaw.com


Date:  January 29, 2024