UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SCHLEICHER & STEBBINS HOTELS, LLC,<br><br>    Plaintiff<br><br>v.<br><br>EVEREST INDEMNITY INSURANCE CO., et al.,<br><br>    Defendants. | C.A. No.: 1:23-cv-351-PB-TSM |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Schleicher & Stebbins Hotels, LLC, dismisses, with prejudice and without costs, expenses, or fees, all claims asserted against all remaining defendants in this action, including Evanston Insurance Company, Hallmark Specialty Insurance Company, General Security Indemnity Company of Arizona, Certain Underwriters at Lloyds of London subscribing to Policy No. B128416120W18**,** and Scottsdale Insurance Company in the above-captioned action.

| | |
|---|---|
| **SCHLEICHER & STEBBINS HOTELS, LLC,**<br><br>By its attorneys,<br><br>*/s/ Michael J. Leard*<br>Michael J. Leard (# 273955)<br>Sarah P. Kelly (*pro hac vice*)<br>skelly@nutter.com<br>Stephen J. Brake (*pro hac vice*)<br>sbrake@nutter.com<br>Nutter McClennen & Fish, LLP<br>Seaport West - 155 Seaport Boulevard<br>Boston, MA 02210<br>(617) 439-2980 | **CERTAIN UNDERWRITERS AT LLOYD's OF LONDON Subscribing to Policy No. B128416120W18**<br><br>By its attorneys,<br><br>*/s/ Nolan Burkhouse*<br>Nolan Burkhouse, Esq. (# 14376)<br>Megan A. Sigur, Esq.<br>PAUL FRANK + COLLINS, P.C.<br>N.H. Bar No. 21215<br>P.O. Box 1307<br>Burlington, VT 05402-1307<br>(802) 658-2311<br>nburkhouse@pfclaw.com<br>msigur@pfclaw.com |
| **HALLMARK SPECIALITY INSURANCE COMPANY**,<br><br>By its attorney,<br><br>*/s/ Andrew J. Fay*<br>Andrew J. Fay, Esq. (# 21005)<br>Fay Law Group LLC<br>One Boston Pl, 26th Flr<br>Boston, MA 02108<br>617-826-6006<br>Fax: 617-941-7100<br>afay@faylawgrp.com | **EVANSTON INSURANCE COMPANY**,<br><br>By its attorneys,<br><br>*/s/ Kimberly J. Ruppel*<br>Kimberly J. Ruppel, Esq.<br>Brandon L. Debus, Esq.<br>Dickinson Wright PLLC<br>2600 West Big Beaver Rd<br>Troy, MI 48084<br>248-433-7291<br>kruppel@dickinsonwright.com<br><br>*/s/ Alexander G. Henlin*<br>Alexander G. Henlin, Esq. (# 17112)<br>McAngus Goudelock & Courie, LLC<br>N.H. Bar No. 17112<br>45 South Main Street, Suite 201<br>Concord, NH 03301<br>603-238-3333<br>alexander.henlin@mgclaw.com |

-3-

| | |
|---|---|
| **SCOTTSDALE INSURANCE COMPANY,** | **GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA** |
| By its attorneys, | By its attorneys, |
| */s/ Scott T. Ober* | */s/ Nolan Burkhouse* |
| Scott T. Ober, Esq. | Nolan Burkhouse, Esq. (# 14376) |
| Casey Ryder McCaffrey | Megan A. Sigur, Esq. |
| Hassett & Donnelly, PC | PAUL FRANK + COLLINS, P.C. |
| 446 Main St. 12th Floor | N.H. Bar No. 21215 |
| Worcester, MA 01608 | P.O. Box 1307 |
| Tel: 508-791-6287 | Burlington, VT 05402-1307 |
| sober@hassettdonnelly.com | (802) 658-2311 |
| cmccaffrey@hassettdonnelly.com | nburkhouse@pfclaw.com |
| | msigur@pfclaw.com |

Dated: February 14, 2025

### CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2025, I caused a true and correct copy of this document to be served upon all counsel of record via CM/ECF.

*/s/ Alexander G. Henlin*
Alexander G. Henlin, Esq.